In re: Maximiliano PENALOZA–REBOLLAR, a/k/a Tomas Pelaez Isidoro, a/k/a Daniel Aguerre–Rodriguez, a/k/a Ramiro Pesina, Petitioner.

No. 14–1664.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 10, 2015.

Maximiliano Penaloza–Rebollar, Petitioner Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Maximiliano Penaloza–Rebollar petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has entered an order denying relief on Penaloza–Rebollar's § 2255 motion. Accordingly, because the district court has recently acted in this case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

*PETITION DENIED.*